**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v.      § | **MO:25-CR-38** |
| § | |
| **JONATHAN PARRISH AIGUIER** § | |

### FINDINGS OF FACT AND RECOMMENDATION ON
### FELONY GUILTY PLEA BEFORE THE U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b), this matter has been referred by the District Judge for administration of guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

On May 22, 2025, this cause came before the undersigned U.S. Magistrate Judge for Guilty Plea and Allocution of the Defendant **JONATHAN PARRISH AIGUIER**[1] on **COUNTS ONE** through **FIVE** of the **INDICTMENT** filed herein charging him with violations of 18 U.S.C. § 2251(a) and (e); **COUNT SIX** of the **INDICTMENT** filed herein charging him with a violation of 18 U.S.C. § 2252A(a)(2)(A); and **COUNT SEVEN** of the **INDICTMENT** filed herein charging him with a violation of 18 U.S.C. § 2422(b). The Defendant signed a written consent to plea before the Magistrate Judge. After conducting said proceeding in the form and manner prescribed by Federal Rule of Criminal Procedure 11, the Court finds:

a) that the Defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea and Allocution in this cause by a U.S. Magistrate Judge subject to final approval and imposition of sentence by the District Judge;

b) that the Defendant and the Government have entered into a written plea agreement which has been filed and disclosed in open court pursuant to FED. R. CRIM. P. 11(c)(2); and,

c) that the Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges[2] and the consequences of the plea,[3] and that

---

[1] The Defendant acknowledged that he has been charged under the true and correct name.

[2] The Defendant is aware of the "Notice of Government's Demand for Forfeiture" that is contained in the Indictment and agreed to forfeit the named property.

[3] The Defendant was admonished as to the statutory penalty range applicable to **COUNTS ONE** through **FIVE** of the **INDICTMENT** of a mandatory minimum of 15 years up to 30 years imprisonment or a mandatory minimum of 15 years up to life imprisonment if there is a qualifying conviction (**to run concurrently with any prison term imposed for COUNT SEVEN**), a mandatory minimum 5 years up to life of supervised release, a fine not to exceed two hundred fifty thousand dollars ($250,000.00), a one hundred dollar ($100.00) mandatory special assessment, a potential five thousand dollar ($5,000.00) special assessment pursuant to 18 U.S.C. § 3014, and other potential special assessments. The Defendant was also admonished that he will be required to pay full restitution as ordered by the Court.

the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

**IT IS THEREFORE** the recommendation of the undersigned U.S. Magistrate Judge that the District Judge accept the plea agreement and the guilty plea of the Defendant **JONATHAN PARRISH AIGUIER** and that **JONATHAN PARRISH AIGUIER** be finally adjudged guilty of that offense.

The United States District Clerk shall serve a copy of this Proposed Findings of Fact and Recommendation on all parties electronically. In the event that a party has not been served by the Clerk with this Report and Recommendation electronically, pursuant to the CM/ECF procedures of this District, the Clerk is **ORDERED** to mail such party a copy of this Report and Recommendation by certified mail, return receipt requested.  Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Judge. A party filing objections must specifically identify those findings, conclusions or recommendation to which objections are being made; the District Judge need not consider frivolous, conclusive or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the Magistrate Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar the party from a de novo determination by the District Judge. Additionally, any failure to file written objections to the proposed findings, conclusions and recommendation contained in this report within fourteen (14) days after being served with a copy shall bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Judge, except upon grounds of plain error or manifest injustice.

---

The Defendant was admonished as to the statutory penalty range applicable to **COUNT SIX** of the **INDICTMENT** of a mandatory minimum of 5 years up to 20 years imprisonment (**to run consecutively with any prison term imposed for COUNTS ONE through FIVE and SEVEN**), a mandatory minimum 5 years up to life of supervised release, a fine not to exceed two hundred fifty thousand dollars ($250,000.00), a one hundred dollar ($100.00) mandatory special assessment, a potential five thousand dollar ($5,000.00) special assessment, and other potential special assessments. The Defendant was also admonished that he will be required to pay full restitution as ordered by the Court.

The Defendant was admonished as to the statutory penalty range for **COUNT SEVEN** of the **INDICTMENT** of a mandatory minimum 10 years up to life imprisonment (**to run concurrently with any prison term imposed for COUNTS ONE through FIVE**), a mandatory minimum 5 years up to life of supervised release, a fine not to exceed two hundred fifty thousand dollars ($250,000.00), a one hundred dollar ($100.00) mandatory special assessment, a potential  five thousand dollar ($5,000.00) special assessment, and other potential special assessments. The Defendant was also admonished that he will be required to pay full restitution as ordered by the Court.

It is so **ORDERED**.

SIGNED this 28th day of May, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE